# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00563-CV

**Tranum Buick, Inc., Individually and d/b/a Tranum
Buick-Pontiac-GMC Truck, Appellant**

**v.**

**Chase Manhattan Bank, N.A., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NO. 47530, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tranum Buick, Inc., Individually and d/b/a Tranum Buick-Pontiac-GMC Truck filed with this Court a motion for voluntary dismissal, informing this Court that it has reached a settlement with appellee Chase Manhattan Bank and no longer wishes to pursue this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellant's Motion

Filed:  October 16, 2003